**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EBAY INC.,<br>　　　　Defendant.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EBAY INC.,<br>　　　　Defendant. | Case Nos.: 5:12-CV-05869; 5:12-CV-05874<br><br>**CASE MANAGEMENT ORDER** |

The above-captioned related cases are scheduled for a Case Management Conference on November 15, 2013. Based on the parties' Joint Case Management Statements (see No. 12-CV-5869 Docket Item No. 41, No. 12-CV-5874 Docket Item No. 36), the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

1

CASE NOS. 5:12-CV-05869-EJD, 5:12-CV-05874-EJD
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Any disputes as to proposed modifications to the presumptive limits on discovery are likewise referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall contact the court's ADR Unit within 10 days of the date of this Order.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | June 10, 2014 |
| Designation of Opening Experts | April 22, 2014 |
| Designation of Rebuttal Experts | May 6, 2014 |
| Exchange of Opening Expert Reports | June 24, 2014 |
| Exchange of Rebuttal Expert Reports | July 15, 2014 |
| Expert Discovery Cutoff | July 22, 2014 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | July 29, 2014 |
| Preliminary Pretrial Conference | 11:00 a.m. on May 9, 2014 |
| Joint Preliminary Pretrial Conference Statement | April 29, 2014 |

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

2
CASE NOS. 5:12-CV-05869-EJD, 5:12-CV-05874-EJD
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: November 12, 2013



EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."