1  N. Scott Sacks, Attorney (D.C. Bar No. 913087)
   Jessica N. Butler-Arkow, Attorney (D.C. Bar No. 430022)
2  Adam T. Severt, Attorney (Member, Maryland Bar, Numbers not assigned)
   Ryan Struve, Attorney (D.C. Bar No. 495406)
3  Anna T. Pletcher, Attorney (California State Bar No. 239730)
   United States Department of Justice
4  Antitrust Division
   450 Fifth Street NW, Suite 7100
5  Washington, DC 20530
   Telephone: 202-307-6200
6  Facsimile: 202-616-8544
   Email: scott.sacks@usdoj.gov
7
   Attorneys for Plaintiff
8  United States of America

9  THOMAS P. BROWN (SB# 182916)
   tombrown@paulhastings.com
10 SAMUEL C. ZUN (SB# 264930)
   samuelzun@paulhastings.com
11 EMILY DODDS POWELL (SB# 274488)
   emilypowell@paulhastings.com
12 PAUL HASTINGS LLP
   55 Second Street
13 Twenty-Fourth Floor
   San Francisco, CA  94105-3441
14 Telephone:  1(415) 856-7000
   Facsimile:  1(415) 856-7100
15
   Attorneys for Defendant
16 eBay Inc.

17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN JOSE DIVISION
20

21
   UNITED STATES OF AMERICA,          CASE NO. CV12-5869-EJD-PSG
22
                 Plaintiff,           **STIPULATED REQUEST FOR STAY**
23
          v.
24
   EBAY INC.,
25
                 Defendant.
26

27

28

   Case No. CV12-5869-EJD-PSG

1      1.      Pursuant to Civil Local Rules 6-1 and 6-2, and as supported by the Declaration of

2   Thomas P. Brown filed herewith, the parties to this action hereby stipulate and respectfully

3   request that the Court stay this action, including the deadlines associated with Plaintiff's Motion

4   for Additional Discovery Pursuant to Fed. R. Civ. P. 30(a)(2) and the hearing currently scheduled

5   for Feb. 11, 2014, until further notice by the parties.

6

7

**IT IS SO STIPULATED AND AGREED.**

8
            Dated: January 21, 2014                    N. SCOTT SACKS
9                                                      UNITED STATES OF AMERICA

10                                                     By: ___/s/ N. Scott Sacks_____
11                                                           N. Scott Sacks
                                                       Attorneys for Plaintiff
12
            Dated: January 21, 2014                    THOMAS P. BROWN
13                                                     SAMUEL C. ZUN
                                                       EMILY DODDS POWELL
14                                                     PAUL HASTINGS LLP

15                                                     By:___/s/ Thomas P. Brown_____
16                                                     Thomas P. Brown
                                                       Attorneys for Defendant
17                                                     eBay Inc.

18

19

20

21

22

23

24

25

26

27

28

Case No. CV12-5869-EJD-PSG                    1
                                                               STIPULATED REQUEST FOR STAY