N. Scott Sacks, Attorney (D.C. Bar No. 913087)
Jessica N. Butler-Arkow, Attorney (D.C. Bar No. 430022)
Adam T. Severt, Attorney (Member, Maryland Bar, Numbers not assigned)
Ryan Struve, Attorney (D.C. Bar No. 495406)
Anna T. Pletcher, Attorney (California State Bar No. 239730)
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: 202-307-6200
Facsimile: 202-616-8544
Email: scott.sacks@usdoj.gov

Attorneys for Plaintiff
United States of America

THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
SAMUEL C. ZUN (SB# 264930)
samuelzun@paulhastings.com
EMILY DODDS POWELL (SB# 274488)
emilypowell@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EBAY INC., <br><br> Defendant. | CASE NO. CV12-5869-EJD-PSG <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR STAY** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the parties' Stipulated Request for Stay, and for good cause shown,

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the action shall be stayed until such time as the court orders otherwise.  The court schedules this action for a Status Conference on March 21, 2014, at 10:00 a.m.  The parties shall file a Joint Status Conference Statement on or before March 14, 2014, which provides, inter alia, the parties' position on whether the stay of this action should continue.  IT IS SO ORDERED.

Dated: January 22, 2014

_____
HON. EDWARD J. DAVILA
United States District Judge

Case No. CV12-5869-EJD-PSG     -1-     [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR STAY