1   N. Scott Sacks (D.C. Bar No. 913087)
    Jessica N. Butler-Arkow (D.C. Bar No. 430022)
2   Danielle Hauck (New York Bar, numbers not assigned)
    Anna T. Pletcher (California Bar No. 239730)
3   Adam Severt (Maryland Bar, numbers not assigned)
    Ryan Struve (D.C. Bar No. 495406)
4   Shane Wagman (California Bar No. 283503)
    United States Department of Justice
5   Antitrust Division
    450 Fifth Street NW, Suite 7100
6   Washington, DC 20530
    Telephone: 202-307-6200
7   Facsimile: 202-616-8544
    Email: scott.sacks@usdoj.gov

8

9   Attorneys for the United States of America

10
                    **UNITED STATES DISTRICT COURT**
11
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
                          **SAN JOSE DIVISION**
13

14

15   UNITED STATES OF AMERICA,

16                               Plaintiff,        **Case No. 12-CV-05869-EJD-PSG**
     v.
17                                                 **STIPULATION & [PROPOSED]**
     EBAY INC.                                     **FINAL JUDGMENT**
18                               Defendant.

19

20

21                              **STIPULATION**

22          It is hereby stipulated and agreed by and between the undersigned parties, subject to

23   approval and entry by the Court, that:

24          1.      The parties stipulate that the Court may file and enter a Final Judgment in the

25   form attached hereto as Exhibit A, upon the motion of any party or upon the Court's own motion,

26   at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act

27   ("APPA"), 15 U.S.C. § 16, and without further notice to any party or other proceedings, provided

28
     STIPULATION AND [PROPOSED] FINAL JUDGMENT – PAGE 1
     CASE NO. 12-CV-05869-EJD-PSG

1    that the United States has not withdrawn its consent, which it may do at any time before the entry

2    of the proposed Final Judgment by serving notice thereof on the Defendant and by filing that

3    notice with the Court.  The Defendant agrees to arrange, at its expense, publication as quickly as

4    possible of the newspaper notice required by the APPA.  The publication shall be arranged no

5    later than five (5) calendar days after the Defendant's receipt from the United States of the text of

6    the notice and the identity of the newspaper within which the publication shall be made.

7    Defendant shall promptly send to the United States (1) confirmation that publication of the

8    newspaper notice has been arranged, and (2) the certification of the publication prepared by the

9    newspaper within which the notice was published.

10          2.       In the event: (1) the United States withdraws its consent or (2) the proposed Final

11    Judgment is not entered pursuant to this Stipulation, the time has expired for all appeals of any

12    Court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise

13    ordered continued compliance with the terms and provisions of the proposed Final Judgment,

14    then the parties are released from all further obligations under this Stipulation, and the making of

15    this Stipulation shall be without prejudice to any party in this or any other proceeding.

16          3.       From the date of the signing of this Stipulation by the parties, the Defendant shall

17    abide by and comply with all the terms and provisions of the proposed Final Judgment as though

18    the same were in full force and effect as an order of the Court, pending the Judgment's entry by

19    the Court, or until expiration of time for all appeals of any Court ruling declining entry of the

20    proposed Final Judgment.

21          4.       This Stipulation shall apply with equal force and effect to any amended proposed

22    Final Judgment agreed upon in writing by the parties and submitted to the Court.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] FINAL JUDGMENT – PAGE 2
CASE NO. 12-CV-05869-EJD-PSG

1

2   Dated:   May 1, 2014                     Respectfully Submitted,

3                                            /s/ N. Scott Sacks

4                                            N. Scott Sacks
                                             Counsel for Plaintiff United States
5                                            United States Department of Justice, Antitrust
                                             Division
6                                            450 Fifth Street, NW, Suite 7100
                                             Washington, DC 20530
7                                            Telephone: (202) 307-6200
                                             Facsimile: (202) 616-8544
8                                            scott.sacks@usdoj.gov

9

10                                           /s/ Thomas P. Brown

11                                           Thomas P. Brown
                                             Attorney for Defendant eBay Inc.
                                             PAUL HASTINGS LLP
12                                           55 Second Street, Twenty-Fourth Floor
                                             San Francisco, CA  94105-3441
13                                           Telephone: (415) 856-7000
                                             Facsimile:  (415) 856-7100
14                                           tombrown@paulhastings.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] FINAL JUDGMENT – PAGE 3
CASE NO. 12-CV-05869-EJD-PSG

1

**ATTESTATION**

2          This stipulation is being filed through the Electronic Case Filing (ECF) system by

3    attorney N. Scott Sacks of the United States Department of Justice, Antitrust Division.  By his

4    signature, he attests that the United States has obtained concurrence in the filing of this document

5    from Thomas P. Brown, pursuant to Civil L.R. 5-1(i)(3).

6

7    Dated:  May 1, 2014                                    By : _____ /s/ N. Scott Sacks
                                                          N. Scott Sacks
8                                                         Counsel for Plaintiff United States
                                                          United States Department of Justice, Antitrust
9                                                         Division
                                                          450 Fifth Street, NW, Suite 7100
10                                                        Washington, DC 20530
                                                          Telephone: (202) 307-6200
11                                                        Facsimile: (202) 616-8544
                                                          scott.sacks@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] FINAL JUDGMENT – PAGE 4
CASE NO. 12-CV-05869-EJD-PSG