N. Scott Sacks, Attorney (D.C. Bar No. 913087)
Jessica N. Butler-Arkow, Attorney (D.C. Bar No. 430022)
Danielle Hauck, Attorney (Member, New York Bar, numbers not assigned)
Anna T. Pletcher, Attorney (California Bar No. 239730)
Adam T. Severt, Attorney (Member, Maryland Bar, numbers not assigned)
Ryan Struve, Attorney (D.C. Bar No. 495406)
Shane Wagman, Attorney (California Bar No. 283503)
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC  20530
Telephone:  (202) 307-6200
Facsimile:  (202) 616-8544
E-mail: scott.sacks@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> EBAY, INC. <br><br> *Defendant*. | Case No. 12-CV-05869-EJD-PSG <br><br> **NOTICE OF EXPLANATION OF CONSENT DECREE PROCEDURES** |

## UNITED STATES' NOTICE OF EXPLANATION OF CONSENT DECREE PROCEDURES

The United States submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment.  This Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

1.   Today, the United States has filed this Explanation of Consent Decree Procedures, a Stipulation, and a proposed Final Judgment.   The parties have agreed that the Court may enter the proposed Final Judgment after the United States has complied with the APPA.  The United States has also filed a Competitive Impact Statement relating to the proposed Final Judgment.

2.   The APPA requires that the United States publish the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* and cause to be published a summary of the terms of the proposed Final Judgment and the Competitive Impact Statement in certain newspapers at least sixty (60) days prior to entry of the proposed Final Judgment. Defendant in this matter has agreed to arrange and bear the costs for the newspaper notices.  The notice will inform members of the public that they may submit comments about the proposed Final Judgment to the United States Department of Justice, Antitrust Division, 15 U.S.C. § 16(b)-(c).

3.   During the sixty-day period, the United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and the United States' responses in the Federal Register.

4.   After the expiration of the sixty-day period, the United States will file with the Court the comments and the United States' responses, and it may ask the Court to enter the proposed Final Judgment (unless the United States has decided to withdraw its consent to entry of the Final Judgment, as permitted by Paragraph 1 of the Stipulation, *see* 15 U.S.C. § 16(d)).

5.   If the United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. § 16(e)-(f), then the Court may enter the Final Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

Dated:  May 1, 2014                    For Plaintiff United States of America,


                                  /s/ N. Scott Sacks _____
N. Scott Sacks
Jessica N. Butler-Arkow
Danielle Hauck
Anna T. Pletcher
Adam T. Severt
Ryan Struve
Shane Wagman
Attorneys
United States Department of Justice
Antitrust Division
450 5th Street, NW, Suite 7100
Washington, DC 20530
Telephone:  (202) 307-6200
Facsimile:  (202) 616-8544
E-mail: scott.sacks@usdoj.gov