N. Scott Sacks, Attorney (D.C. Bar No. 913087)
Jessica N. Butler-Arkow, Attorney (D.C. Bar No. 430022)
Adam T. Severt, Attorney (Member, Maryland Bar, Numbers not assigned)
Ryan Struve, Attorney (D.C. Bar No. 495406)
Anna T. Pletcher, Attorney (California State Bar No. 239730)
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: 202-307-6200
Facsimile: 202-616-8544
Email: scott.sacks@usdoj.gov

Attorneys for Plaintiff
United States of America

THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
EMILY DODDS POWELL (SB# 274488)
emilypowell@paulhastings.com
ANGELA J. MARKLE (SB# 278918)
angelamarkle@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV12-5869-EJD-PSG |
| Plaintiff, | **STIPULATED REQUEST FOR RELIEF FROM STATUS CONFERENCE SCHEDULE** |
| v. | |
| EBAY INC., | |
| Defendant. | |

1.     Pursuant to Civil Local Rule 16-2(d), and as supported by the Declaration of Thomas P. Brown filed herewith, the parties to this action hereby stipulate and respectfully request that the Court continue the Status Conference currently scheduled for May 16, 2014, along with all other deadlines associated therewith, until August 29, 2014, or as soon thereafter as the Court's calendar permits.

2.     The parties in this matter and the related case, *The People of the State of California v. eBay Inc.*, Case No. 12-cv-5874-EJD (PSG), have reached settlements and filed their respective Settlement Agreements and Proposed Final Judgments on or about May 1, 2014. The requested continuance is made for the purpose of allowing the requisite reviews of the proposed settlements in this case and the related case.

3.     Counsel for the parties have conferred and agree to the continuance.

4.     Counsel for the parties also respectfully request that the Court stay all deadlines associated with the November 12, 2013 Case Management Order, Dkt. No. 42.  If the stay is lifted, the parties agree to revisit the case management schedule with the Court.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 1, 2014         N. SCOTT SACKS
                           UNITED STATES OF AMERICA

                           By:     */s/ N. Scott Sacks*
                                   N. Scott Sacks
                           Attorneys for Plaintiff

Dated: May 1, 2014         THOMAS P. BROWN
                           EMILY DODDS POWELL
                           ANGELA J. MARKLE
                           PAUL HASTINGS LLP

                           By:     */s/ Thomas P. Brown*
                                   Thomas P. Brown
                           Attorneys for Defendant
                           eBay Inc.