N. Scott Sacks, Attorney (D.C. Bar No. 913087)
Jessica N. Butler-Arkow, Attorney (D.C. Bar No. 430022)
Adam T. Severt, Attorney (Member, Maryland Bar, Numbers not assigned)
Ryan Struve, Attorney (D.C. Bar No. 495406)
Anna T. Pletcher, Attorney (California State Bar No. 239730)
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: 202-307-6200
Facsimile: 202-616-8544
Email: scott.sacks@usdoj.gov

Attorneys for Plaintiff
United States of America

THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
EMILY DODDS POWELL (SB# 274488)
emilypowell@paulhastings.com
ANGELA J. MARKLE (SB# 278918)
angelamarkle@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>EBAY INC.,<br><br>           Defendant. | CASE NO. CV12-05869-EJD-PSG<br><br>**DECLARATION OF THOMAS P. BROWN IN SUPPORT OF STIPULATED REQUEST FOR RELIEF FROM STATUS CONFERENCE SCHEDULE** |

I, Thomas P. Brown, declare as follows:

1. I am member in good standing of the Bar of the State of California and a partner with the law firm of Paul Hastings LLP, counsel for the Defendant. I make this declaration of my own personal knowledge and, if called as a witness, would testify to the matters set forth below.

2. This action was filed on November 16, 2012.

3. There is a Status Conference currently scheduled for May 16, 2014.

4. The parties respectfully request that the Court continue the Status Conference, along with all other deadlines associated therewith, until August 29, 2014, or as soon thereafter as the Court's calendar permits.

5. The parties in this matter and the related case, *The People of the State of California v. eBay Inc.*, Case No. 12-cv-5874-EJD (PSG), have reached settlements and filed their respective Settlement Agreements and Proposed Final Judgments on or about May 1, 2014.

6. The requested continuance is made for the purpose of allowing the requisite reviews of the proposed settlements in this case and the related case.

7. There have been four previous time modifications to this case: a stipulated enlargement of the briefing schedule on Defendant's motion to dismiss, Dkt. No. 19; the continuation of a previously-scheduled Case Management Conference by order of the Court, Dkt. No. 37; a stipulated stay of the case, Dkt. No. 51; and a previous stipulated request for relief from the status conference schedule, Dkt. No. 55.

8. Counsel for the parties have also agreed to request that the Court stay all deadlines associated with the November 12, 2013 Case Management Order, Dkt. No. 42. If the stay is lifted, the parties agree to revisit the case schedule with the Court.

9. I am the ECF User whose ID and password are being used to file this Stipulation and the corresponding [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that N. Scott Sacks has concurred in this filing.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

1   Executed on May 1, 2014 in San Francisco, California.

                                                    */s/ Thomas P. Brown*
                                                    Thomas P. Brown

Case No. CV12-05869-EJD-PSG                -2-      BROWN DECL. ISO STIP REQUEST FOR
                                                    RELIEF FROM STATUS CONFERENCE
                                                    SCHEDULE