| | |
|---|---|
| 1 | N. Scott Sacks, Attorney (D.C. Bar No. 913087) |
| | Jessica N. Butler-Arkow, Attorney (D.C. Bar No. 430022) |
| 2 | Adam T. Severt, Attorney (Member, Maryland Bar, Numbers not assigned) |
| | Ryan Struve, Attorney (D.C. Bar No. 495406) |
| 3 | Anna T. Pletcher, Attorney (California State Bar No. 239730) |
| | United States Department of Justice |
| 4 | Antitrust Division |
| | 450 Fifth Street NW, Suite 7100 |
| 5 | Washington, DC 20530 |
| | Telephone: 202-307-6200 |
| 6 | Facsimile: 202-616-8544 |
| | Email: scott.sacks@usdoj.gov |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | United States of America |
| 9 | THOMAS P. BROWN (SB# 182916) |
| | tombrown@paulhastings.com |
| 10 | EMILY DODDS POWELL (SB# 274488) |
| | emilypowell@paulhastings.com |
| 11 | ANGELA J. MARKLE (SB# 278918) |
| | angelamarkle@paulhastings.com |
| 12 | PAUL HASTINGS LLP |
| | 55 Second Street |
| 13 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 14 | Telephone: 1(415) 856-7000 |
| | Facsimile: 1(415) 856-7100 |
| 15 | |
| | Attorneys for Defendant |
| 16 | eBay Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV12-5869-EJD-PSG |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR RELIEF FROM STATUS CONFERENCE SCHEDULE |
| v. | |
| EBAY INC., | |
| Defendant. | |

Case No. CV12-5869-EJD-PSG

Having considered the parties' Stipulated Request for Stay, and for good cause shown,

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the Status Conference currently scheduled for May 16, 2014, along with all other deadlines associated therewith, is continued until August 29, 2014. All deadlines associated with the November 12, 2013 Case Management Order, Dkt. No. 42, are stayed.

Dated: May  6 , 2014

_____
HON. EDWARD J. DAVILA
United States District Judge