THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
EMILY DODDS POWELL (SB# 274488)
emilypowell@paulhastings.com
ANGELA J. MARKLE (SB# 278918)
angelamarkle@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EBAY INC.,<br><br>            Defendant. | CASE NO. CV12-5869-EJD-PSG<br><br>**CERTIFICATION OF DEFENDANT EBAY INC. PURSUANT TO 15 U.S.C. § 16(g)** |

Pursuant to 15 U.S.C. § 16(g), defendant eBay Inc. ("eBay") states that no written or oral communications occurred by, or on behalf of, eBay with an officer or employee of the United States concerning, or relevant to, the Proposed Final Judgment, other than communications made by counsel of record alone with employees of the Department of Justice.  After the Civil Investigative Demand was served on eBay, counsel of record for eBay engaged in numerous communications with officers and employees of the United States Department of Justice.

Defendant certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g), and that this submission is a true and complete description of communications known to defendant or that defendant reasonably should have known that are required to be reported pursuant to that provision.

Respectfully submitted,

Dated: May 29, 2014

PAUL HASTINGS LLP
THOMAS P. BROWN

By:  */s/* Thomas P. Brown
       Thomas P. Brown
Attorneys for Defendant
eBay Inc.