1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT B**

PLAINTIFF'S CERTIFICATE OF COMPLIANCE – PAGE 1
CASE NO. 12-CV-05869 EJD

1  N. Scott Sacks, Attorney (D.C. Bar No. 913087)
   United States Department of Justice, Antitrust Division
2  450 Fifth Street, NW, Suite 7100
   Washington, DC  20530
3  Telephone:  (202) 307-6200
   Facsimile:  (202) 616-8544
4  E-mail: scott.sacks@usdoj.gov

5  Attorney for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff*, | Case No. 12-CV-05869-EJD |
| v. | PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH PROVISIONS OF THE ANTITRUST PROCEDURES AND PENALTIES ACT |
| EBAY INC. | |
| *Defendant*. | |

Plaintiff, United States of America, by the undersigned attorney, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), the following procedures have been followed in preparation for the entry of the Final Judgment in this matter:

1. The Stipulation and Proposed Final Judgment, by which the parties have agreed to the Court's entry of the Final Judgment following compliance with the APPA, were filed with the Court on May 1, 2014 (Dkt. No. 57). The United States also filed its Competitive Impact Statement with the Court on May 1, 2014 (Dkt. No. 58).

2. Pursuant to 15 U.S.C. §16(b), the proposed Final Judgment and Competitive Impact Statement were published in the *Federal Register* on May 14, 2004 (*see* 79 Fed. Reg. 27639).

3. Pursuant to 15 U.S.C. §16(b), copies of the Complaint, Proposed Final Judgment and Competitive Impact Statement were furnished to all persons requesting them and made available on the Department of Justice, Antitrust Division's internet site.

PLAINTIFF'S CERTIFICATE OF COMPLIANCE – PAGE 2
CASE NO. 12-CV-05869 EJD

4. Pursuant to 15 U.S.C. §16(c), a summary of the terms of the proposed Final Judgment was published in the Washington Post, a newspaper of general circulation in Washington, D.C., for seven days beginning on May 14, 2014 and ending on May 20, 2014, and the San Jose Mercury News, a newspaper of general circulation in San Jose, CA, for seven days beginning on May 19, 2014 and ending on May 26, 2014.

5. As noted in the Competitive Impact Statement, there were no determinative materials or documents within the meaning of 15 U.S.C. §16(b) that were considered by the United States in formulating the proposed Final Judgment, so none was furnished to any person pursuant to 15 U.S.C. §16(b) or listed pursuant to 15 U.S.C. § 16(c).

6. As required by 15 U.S.C. §16(g), on May 29, 2014, defendant eBay Inc. filed with the Court the required description of written or oral communications by or on behalf of eBay Inc. with any officer or employee of the United States concerning the proposed Final Judgment (Dkt. No. 63).

7. The sixty-day comment period prescribed by 15 U.S.C. § 16(b) and (d) for the receipt and consideration of written comments, during which the proposed Final Judgment could not be entered, ended on July 25, 2014. The United States did not receive any comments on the proposed Final Judgment.

8. The parties have satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), that were conditions for entering the proposed Final Judgment. The Court may now enter the Final Judgment if the Court determines that, pursuant to 15 U.S.C. §16(e), entry of the Final Judgment is in the public interest.

Dated: August 21, 2014                     Respectfully submitted,


                                                      /s/ N.Scott Sacks
                                      N. Scott Sacks