IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff(s),<br>         v.<br><br>EBAY, INC,<br><br>                  Defendant(s).<br>_____/ | CASE NO. 5:12-cv-05869 EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

Having reviewed this action and in light of the pending Motion to Approve the Consent Judgment (see Docket Item No. 64), the court finds that a conference addressing status is unnecessary at this time. Accordingly, the Status Conference scheduled for August 29, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: August 26, 2014

EDWARD J. DAVILA
United States District Judge